IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MAGAN MARIE MAYS,

    Plaintiff,

vs.                                                      Civ. No. 09-662 KG/KBM

COURT SERVICES, INC.;
CSI EXTRADITION, LLC; and
ALBERT PRESTON LONG,

    Defendants.

## ORDER

    This matter comes before the Court on (1) Defendant Court Services, Inc.'s Motion for Partial Summary Judgment on Plaintiff's Claim for Intentional Infliction of Emotional Distress; and (2) Defendant CSI Extraction [sic] LLC's Motion for Partial Summary Judgment on Plaintiff's Claim for Intentional Infliction of Emotional Distress. (Docs. 156 and 157). Plaintiff Magan Marie Mays responded to these motions for partial summary judgment by noting that she is not bringing an intentional infliction of emotional distress claim against either of these Defendants. (Doc. 167). *See also* (Doc. 123) at ¶¶ 23-26. That being the case, the Court denies the motions for partial summary judgment.

    IT IS ORDERED that:

    1. Defendant Court Services, Inc.'s Motion for Partial Summary Judgment on Plaintiff's Claim for Intentional Infliction of Emotional Distress (Doc. 156) is denied; and

2

2. Defendant CSI Extraction [sic] LLC's Motion for Partial Summary Judgment on Plaintiff's Claim for Intentional Infliction of Emotional Distress (Doc. 157) is denied.

_____
UNITED STATES DISTRICT JUDGE