IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MAGAN MARIE MAYS,

    Plaintiff,

vs.                                          Civ. No. 09-662 KG/KBM

COURT SERVICES, INC.;
CSI EXTRADITION, LLC; and
ALBERT PRESTON LONG,

    Defendants.

## PARTIAL SUMMARY JUDGMENT

Having granted Defendant CSI Extradition, LLC's motions for summary judgment (Docs. 158, 159, and 160) by a Memorandum Opinion and Order entered contemporaneously with this Partial Summary Judgment,

IT IS ORDERED that:

1. summary judgment is entered in favor of Defendants CSI Extradition, LLC and Court Services, Inc. on Count I of Plaintiff's Third Amended Complaint for Declaratory Judgment and Damages (Third Amended Complaint) (Doc. 123);

2. Court I is, therefore, dismissed with prejudice;

3. summary judgment is entered in favor of Defendant CSI Extradition, LLC on Counts II, IV, V, and VI of the Third Amended Complaint;

4. Counts II, IV, V, and VI of the Third Amended Complaint are dismissed with prejudice as to Defendant CSI Extradition, LLC; and

5. Defendant CSI Extradition, LLC is terminated as a party to this lawsuit.

_____
UNITED STATES DISTRICT JUDGE