IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MAGAN MARIE MAYS,

    Plaintiff,

vs.                                        Civ. No. 09-662 KG/KBM

COURT SERVICES, INC.; and
ALBERT PRESTON LONG,

    Defendants.

## PARTIAL SUMMARY JUDGMENT ON THE COUNT VI DIRECT LIABILITY CLAIM AGAINST DEFENDANT COURT SERVICES, INC.

Having granted Defendant Court Services, Inc.'s Motion for Partial Summary Judgment on Plaintiff's Direct Claim Against it for False Imprisonment (Doc. 155) by a Memorandum Opinion and Order entered contemporaneously with this Partial Summary Judgment on the Count VI Direct Liability Claim Against Defendant Court Services, Inc.,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendant Court Services, Inc. (CSI) on the direct liability claim arising from Count VI of the Third Amended Complaint for Declaratory Judgment and Damages (Doc. 123); and

2. Count VI is, therefore, dismissed with prejudice as to Defendant CSI.

                                                                           UNITED STATES DISTRICT JUDGE