IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MAGAN MARIE MAYS,

    Plaintiff,

vs.                                               Civ. No. 09-662 KG/KBM

ALBERT PRESTON LONG,

    Defendant.

## FINAL ORDER OF DISMISSAL

Having declined to exercise supplemental jurisdiction over the state claims against Defendant Albert Preston Long by a Memorandum Opinion and Order entered contemporaneously with this Final Order of Dismissal,

IT IS ORDERED that the state claims against Defendant Albert Preston Long are dismissed without prejudice, thereby terminating this case.

_____
UNITED STATES DISTRICT JUDGE